District Judge Tana Lin

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AGNIYA BOBROVA,<br><br>                  Plaintiff,<br><br>   v.<br><br>ALEJANDRO MAYORKAS, *et al.*,<br><br>                 Defendants. | Case No. 2:24-cv-00334-TL<br><br>STIPULATED MOTION TO HOLD CASE IN ABEYANCE AND [~~PROPOSED~~] ORDER<br><br>Noted for Consideration:<br>May 31, 2024 |

Plaintiff and Defendants, by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, hereby jointly stipulate and move to stay these proceedings until September 9, 2024. Plaintiffs brought this litigation pursuant to the Administrative Procedure Act seeking, *inter alia*, to compel U.S. Citizenship and Immigration Services ("USCIS") to schedule an interview and adjudicate her asylum application. Defendants' response to the Complaint is currently due on June 4, 2024. The parties are currently working towards a resolution to this litigation. For good cause, the parties request that the Court hold the case in abeyance until September 9, 2024.

Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to

STIPULATED MOTION FOR ABEYANCE
[Case No. 2:24-cv-00334-TL] - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ. P. 1.

With additional time, this case may be resolved without the need of further judicial intervention. USCIS has scheduled Plaintiff's asylum interview for July 11, 2024. USCIS agrees to diligently work towards completing the adjudication within 60 days of the interview, absent unforeseen or exceptional circumstances that would require additional time for adjudication. If the adjudication is not completed within that time, USCIS will provide a status report to the Court. Plaintiff will submit all supplemental documents and evidence, if any, to USCIS seven to ten days prior to the interview date. Plaintiff recognizes that failure to submit documents prior to the interview may require the interview to be rescheduled and the adjudication delayed. If needed, Plaintiff will bring an interpreter to the interview, otherwise the interview will need to be rescheduled and the adjudication delayed. Accordingly, the parties request this abeyance to allow USCIS to conduct Plaintiff's asylum interview and then process her asylum application.

As additional time is necessary for this to occur, the parties request that the Court hold the case in abeyance until September 9, 2024. The parties further request that the Order Regarding Initial Disclosures and Joint Status Report (Dkt. No. 13) be vacated.

//
//
//
//
//
//

DATED this 31st day of May, 2024.

STIPULATED MOTION FOR ABEYANCE
[Case No. 2:24-cv-00334-TL] - 2

UNITED STATES ATTORNEY
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
(253) 428-3800

Respectfully submitted,

| | |
|---|---|
| TESSA M. GORMAN | THE LAW OFFICE OF KARIN TOLGU, PLLC |
| TESSA M. GORMAN<br>United States Attorney | *s/ Karin Tolgu*<br>KARIN TOLGU, WSBA#42647 |
| *s/ Michelle R. Lambert*<br>MICHELLE R. LAMBERT, NYS #4666657<br>Assistant United States Attorney<br>United States Attorney's Office<br>Western District of Washington<br>1201 Pacific Avenue, Suite 700<br>Tacoma, Washington 98402<br>Phone: (253) 428-3824<br>Fax: (253) 428-3826 | 110 Prefontaine Pl S, Suite 304<br>Seattle, Washington 98104<br>Phone: (206) 218-9472<br>Email: karin@karintolgulaw.com |
| (253) 428-38<br>Email: michelle.lambert@usdoj.gov | DREAMIGRATION PLLC<br><br>*s/ Natalia Rasulova*<br>NATALIA RASULOVA*, NYS#5973904<br>9805 NE 116th Street, #7448<br>Kirkland, Washington 98034<br>Phone: (206) 590-1122<br>Email: natalia@dreamigration.us<br>*PHV |
| *Attorneys for Defendants*<br><br>**I certify that this memorandum contains 376 words, in compliance with the Local Civil Rules.** | *Attorneys for Plaintiff* |

STIPULATED MOTION FOR ABEYANCE
[Case No. 2:24-cv-00334-TL] - 3

UNITED STATES ATTORNEY
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
(253) 428-3800

**[PROPOSED] ORDER**

The case is held in abeyance until September 9, 2024.  The parties shall submit a status update on or before September 9, 2024.  The Order Regarding Initial Disclosures and Joint Status Report (Dkt. No. 13) is vacated.  It is so **ORDERED**.

DATED this 31st day of May, 2024.

_____
TANA LIN
United States District Judge

STIPULATED MOTION FOR ABEYANCE
[Case No. 2:24-cv-00334-TL] - 4

UNITED STATES ATTORNEY
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
(253) 428-3800