District Judge Tana Lin

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AGNIYA BOBROVA,<br><br>                    Plaintiff,<br><br>    v.<br><br>ALEJANDRO MAYORKAS, *et al.*,<br><br>                    Defendants. | Case No. 2:24-cv-00334-TL<br><br>STIPULATED MOTION TO DISMISS AND [~~PROPOSED~~] ORDER<br><br>Noted for Consideration:<br>August 13, 2024 |

Pursuant to Federal Rule of Civil Procedure 41(a), the parties stipulate to the dismissal of this case without prejudice, with each party to bear their own costs. Plaintiff brought this litigation pursuant to the Administrative Procedure Act seeking, *inter alia*, to compel U.S. Citizenship and Immigration Services ("USCIS") to schedule an interview and adjudicate her Form I-589, Application for Asylum and for Withholding of Removal. USCIS has adjudicated the application and this case is now moot.

//

//

//

//

STIPULATED MOTION TO DISMISS
[Case No. 2:24-cv-00334-TL] - 1

UNITED STATES ATTORNEY
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
(253) 428-3800

DATED this 13th day of August, 2024.

Respectfully submitted,

| | |
|---|---|
| TESSA M. GORMAN | THE LAW OFFICE OF KARIN TOLGU, PLLC |
| TESSA M. GORMAN<br>United States Attorney | *s/ Karin Tolgu* |
| | KARIN TOLGU, WSBA #42647 |
| *s/ Michelle R. Lambert* | 110 Prefontaine Pl S, Suite 304 |
| MICHELLE R. LAMBERT, NYS #4666657 | Seattle, Washington 98104 |
| Assistant United States Attorney | Phone: (206) 218-9472 |
| United States Attorney's Office | Email: karin@karintolgulaw.com |
| Western District of Washington | |
| 1201 Pacific Avenue, Suite 700 | |
| Tacoma, Washington 98402 | DREAMIGRATION PLLC |
| Phone: (253) 428-3824 | |
| Fax:     (253) 428-3826 | *s/ Natalia Rasulova* |
| | NATALIA RASULOVA*, NYS #5973904 |
| (253) 428-38 | 9805 NE 116th Street, #7448 |
| Email:  michelle.lambert@usdoj.gov | Kirkland, Washington 98034 |
| | Phone: (206) 590-1122 |
| *Attorneys for Defendants* | Email: natalia@dreamigration.us |
| | *PHV |
| **I certify that this memorandum contains 76 words, in compliance with the Local Civil Rules.** | *Attorneys for Plaintiff* |

### [~~PROPOSED~~] ORDER

The case is dismissed without prejudice.  It is so **ORDERED.**

DATED this 13th day of August, 2024.

_____
TANA LIN
United States District Judge

STIPULATED MOTION TO DISMISS
[Case No. 2:24-cv-00334-TL] - 2

UNITED STATES ATTORNEY
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
(253) 428-3800